UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADAM VINCENT MLADY,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. 3:19-cv-05549-BHS-DWC

ORDER SUBSTITUTING RESPONDENT

Petitioner Adam Vincent Mlday, who is proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Dkt. 6. In his Petition, Petitioner named the State of Washington as Respondent. *See id.* The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

According to the docket, Petitioner is currently confined at Cedar Creek Corrections Center ("CCCC") in Littlerock, Washington. *See* Dkt. 7.[1] The Superintendent of CCCC is Al Smack.

Accordingly, the Clerk of Court is directed to substitute Al Smack as the Respondent in this action. The Clerk of Court is also directed to update the case title.

Dated this 19th day of June, 2019.

David W. Christel
United States Magistrate Judge

---

[1] The Court notes in the Petition, Petitioner lists the place of confinement as "CRCC – Washington." Dkt. 6 at 1, 15 (signed June 7, 2019). However, on June 17, 2019, the Clerk's office received notification Petitioner was transferred to Cedar Creek Corrections Center. Dkt. 7.