UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADAM VINCENT MLADY,

    Petitioner,

v.

AL SMACK,

    Respondent.

CASE NO. C19-5549 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 15. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's federal habeas petition is **DISMISSED with prejudice**;

(3) A certificate of appealability is **DENIED**; and

(4) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 22nd day of November, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER